# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR MANUEL MUNOZ,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 76208

**FILED**

JUL 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on June 21, 2018. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, we lack jurisdiction over this appeal, and we ORDER this appeal DISMISSED.

_____, J.
     Pickering

_____ J.
     Gibbons

_____, J.
     Hardesty

cc:    Hon. Alvin R. Kacin, District Judge
       Victor Manuel Munoz
       Attorney General/Carson City
       Elko County District Attorney
       Elko County Clerk

18-27277